IN THE UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| **MERLIN COLLINS, #184636,** | : |
| Plaintiff, | : |
| vs. | :     **CIVIL ACTION 05-0487-CG-C** |
| **ALABAMA DEPARTMENT OF CORRECTIONS MEDICAL HEALTH CARE, et al.,** | : |
| Defendants. | : |

## JUDGMENT

It is **ORDERED, ADJUDGED,** and **DECREED** that this action be and is hereby **DISMISSED** without prejudice, prior to service of process, pursuant to 28 U.S.C. § (e)(2)(B)(ii) for failure to state a claim upon which relief may be granted.

**DONE and ORDERED** this 26th day of September, 2007.

/s/ Callie V. S. Granade
CHIEF UNITED STATES DISTRICT JUDGE